**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-6637**

DANIEL ORIAKHI,

               Petitioner - Appellant,

      v.

UNITED STATES OF AMERICA,

               Respondent - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Marvin J. Garbis, Senior District Judge. (1:13-cv-00271-MJG)

Submitted: August 20, 2013      Decided: September 9, 2013

Before NIEMEYER, DAVIS, and KEENAN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Daniel Oriakhi, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daniel Oriakhi appeals the district court's orders denying his coram nobis petition and denying his motion for extension of time. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. Oriakhi v. United States, No. 1:13-cv-00271-MJG (D. Md. Feb. 12 & Mar. 18, 2013). We deny Oriakhi's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED